[No. 3629.    Decided April 30, 1901.]

NORTH WESTERN LUMBER COMPANY, *Appellant*, v. CHEHALIS COUNTY, *et al.*, *Respondents*.

Appeal from Superior Court, Chehalis County.—Hon. CHARLES W. HODGDON, Judge. Affirmed.

*Sidney Moor Heath*, for appellant.

*W. H. Abel* and *James H. Parker*, for respondents.

PER CURIAM.—Action to recover money paid under protest by appellant upon taxes levied on three steam tugs in Chehalis county—the Traveler, Astoria, and Printer—in the year 1897. The facts relative to the assessment of these three vessels are identical with those appearing in *North Western Lumber Company v. Chehalis County et al.*, *ante*, p. 95, and upon authority of that decision, the judgment is affirmed.

———

[No. 3838.    Decided June 26, 1901.]

JOHN VOGEL, *Respondent*, v. DALLES, PORTLAND & ASTORIA NAVIGATION COMPANY, *Appellant*.

Appeal from Superior Court, Clarke County.—Hon. ABRAHAM L. MILLER, Judge. Affirmed.

*Coovert & Stapleton* and *Carey & Mays*, for appellant.

*W. W. McCredie*, for respondent.

PER CURIAM.—This case involves substantially the same principles that were involved in the case of *Sievers v. Dalles, Portland & Astoria Navigation Co.*, 24 Wash., 302 (64 Pac. 539), a petition for rehearing in which case has been overruled since the argument in this case. For the reason stated therein, the judgment in this case is affirmed.